458

STATE of Missouri, Respondent,

v.

Anthony C. WASHINGTON, Appellant.

Nos. WD 74250, WD 74293.

Missouri Court of Appeals,
Western District.

Jan. 15, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied March
5, 2013.

Application for Transfer Denied
May 28, 2013.

S. Kate Webber, Kansas City, MO, for
Appellant.

Mary Moore, Jefferson City, MO, for
Respondent.

Before: THOMAS H. NEWTON, P.J.,
JOSEPH M. ELLIS, and GARY D. WITT,
JJ.

### ORDER

PER CURIAM:

Mr. Anthony C. Washington appeals his
convictions and sentences for stealing, section 570.030, and forgery, section 570.090,
after a jury trial. Mr. Washington challenges the evidence supporting the stealing
conviction, the qualification of a juror to
serve on the jury, and the grant of the
State's motion to consolidate the separate
cases of stealing and forgery for trial.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
30.25(b).